| | |
|---|---|
| 1 | **LAW OFFICES OF PAUL L. REIN** |
|   | CELIA MCGUINNESS, Esq. (SBN 159420) |
| 2 | PAUL L. REIN, Esq. (SBN 43053) |
|   | CATHERINE CABALO, Esq. (SBN 248198) |
| 3 | 200 Lakeside Drive, Suite A |
| 4 | Oakland, CA 94612 |
|   | Telephone: *510/832-5001* |
| 5 | Facsimile: *510/832-4787* |

Attorneys for Plaintiffs
MAX WADMAN and KELLY TOPPING

**COX WOOTTON LERNER GRIFFIN HANSEN & POULOS LLP**
RUPERT P. HANSEN (SBN 082302)
CHRISTOPHER S. KIELIGER (SBN 209121)
JULIETTE B. McCULLOUGH (SBN 278929)
190 The Embarcadero
San Francisco, CA 94105
Telephone: 415.438.4600
Facsimile:  415.438.4601

Attorneys for Defendants
KEN HOFMANN, individually,
RONALD DAWSON, individually,
MARY C. YOUNG, Trustee of The Young Revocable Trust
DISCOVERY BAY YACHT HARBOR LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN and KELLY TOPPING, ) | Case No.:  C14-5035 WHA |
| ) | |
| Plaintiffs, ) | |
| ) | ~~**PROPOSED**~~ **ORDER** |
| v. ) | **MODIFYING GENERAL ORDER** |
| ) | **56 DEADLINES** |
| DISCOVERY BAY YACHT HARBOR ) | |
| LLC; NEW DISCOVERY, INC.; ) | |
| DISCOVERY BAY MARINA ) | |
| PROPERTIES, a California General ) | |
| Partnership; KEN HOFMANN; WALTER ) | |
| L.YOUNG; RONALD DAWSON; ) | |
| WALTER L. YOUNG and MARY C. ) | |
| YOUNG, Trustee of The Young Revocable ) | |
| Trust Dated February 11, 1999; and DOES ) | |
| 1-100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

-1-                                         Case No. C14-0535 WHA
~~PROPOSED~~ ORDER MODIFYING GENERAL ORDER 56 DEADLINES

The Court, having read and considered the Joint Stipulation for Relief of General Order 56 Discovery Stay submitted by the plaintiffs and those defendants who have answered the lawsuit, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

1. The parties shall have until April 24, 2015, to comply with paragraph 4 of General Order 56.
2. The PLAINTIFFS shall have until May 8 to file a Notice of Need for Mediation as required in paragraph 7 of General Order 56.
3. Should it be necessary, the parties shall schedule mediation for as soon as feasible but in no event more than 60 days from the date the Notice of Need for Mediation is filed.
4. All other requirements of General Order 56 should remain in effect.

***

Dated: April _7_, 2015.

_____
U.S. DISTRICT COURT JUDGE WILLIAM ALSUP