UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05035-WHA   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  July 16, 2015<br>Mediator:  Alex Tse |

IT IS HEREBY ORDERED that the request to excuse plaintiff Kelly Topping's insurance company claims representative from appearing in person at the July 16, 2015, mediation before Alex Tse is DENIED.  The court finds that plaintiff has not made adequate showing that requiring the representative to appear in person would cause her 'extraordinary or otherwise unjustifiable hardship.'  Accordingly, the request is DENIED and the representative shall appear in person at the mediation.

Counsel is instructed to carefully review ADR L.R. 6-10(d) before submitting any future requests for a party to be excused from attending in person an ADR session.

**IT IS SO ORDERED**.

Dated: July 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge