1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  MAX WADMAN AND KELLY                        No. C 14-05035 WHA
    TOPPING,
11
                    Plaintiffs,
12                                              **ORDER SETTING DISCOVERY
         v.                                     HEARING**
13
    DISCOVERY BAY YACHT HARBOR,
14  LLC AND KENNETH HOFFMAN,

15                  Defendants.
                                        /
16  ————————————————————————

17       Pursuant to defendants' discovery letter of November 9, 2015, the Court **SETS** a

18  two-and-one-half hour meet-and-confer in the Court's jury room, located in the San Francisco

19  federal courthouse, to commence from **8:00 A.M. AND CONTINUING TO 10:30 A.M. ON**

20  **WEDNESDAY, NOVEMBER 18, 2015.  AT 10:30 A.M.**, the Court shall hold a hearing to

21  resolve any remaining discovery issue(s).  The parties shall buzz chambers on the 19th floor

22  when they arrive.  Plaintiffs' response is due by **NOON ON FRIDAY, NOVEMBER 13.**

23       Please note that only those lawyers who personally appear at the meet-and-confer in the

24  Court's jury room may argue at the hearing.

25

26       **IT IS SO ORDERED.**

27

28  Dated: November 10, 2015.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California