**COX WOOTTON LERNER GRIFFIN & HANSEN LLP**
RUPERT P. HANSEN (SBN 082302)
CHRISTOPHER S. KIELIGER (SBN 209121)
JULIETTE B. McCULLOUGH (SBN 278929)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone:    (415) 438-4600
Facsimile:     (415) 438-4601
rhansen@cwlfirm.com
ckieliger@cwlfirm.com
jmccullough@cwlfirm.com

Attorneys for Defendant/Counterclaimant
DISCOVERY BAY YACHT HARBOR, LLC,
and Defendant KEN HOFMANN, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN and KELLY TOPPING,<br><br>                    Plaintiffs,<br><br>v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC; NEW DISCOVERY, INC.; DISCOVERY BAY MARINA PROPERTIES, a California General Partnership; KEN HOFMANN; WALTER L. YOUNG; RONALD DAWSON; WALTER L. YOUNG and MARY C. YOUNG, TRUSTEES OF THE YOUNG REVOCABLE TRUST DATED FEBRUARY 11, 1999; AND DOES 1-100, inclusive,<br>                    Defendants. | Case No. C14-5035 WHA<br><br>[~~PROPOSED~~] ORDER THAT PLAINTIFFS PRODUCE MAX WADMAN'S COMPLETE UNREDACTED MEDICAL RECORDS |

The discovery dispute between plaintiffs MAX WADMAN and KELLY TOPPING ("Plaintiffs") and defendants DISCOVERY BAY YACHT HARBOR, LLC and KENNETH HOFMANN ("Defendants") came on for hearing on November 18, 2015 at 10:30 a.m. in Courtroom 8 of the District Court for the Northern District of California, the Honorable William H. Alsup presiding. The parties disputed whether the Plaintiffs must produce redacted or unredacted copies of all medical records from the Veteran's Administration Hospitals in their possession, custody, and

1 control.

2 The Court found good cause to rule that Plaintiff Max Wadman's medical and psychiatric records are discoverable, and hereby orders Plaintiffs to produce to Defendants Plaintiff Max Wadman's medical and psychiatric records from the Veteran's Administration Hospitals to Defendants without redaction. Although the attorneys and parties are governed by a pre-existing Stipulated Protective Order, Defendants' counsel are admonished not to disclose any of the content of Plaintiff Wadman's medical and/or psychiatric records to anyone other than attorneys and support staff in their firm and Defendants' medical or psychiatric experts, absent either agreement of the parties or further order of the Court.

IT IS SO ORDERED.

Approved as to form by:

_____
Celia McGuinness
Counsel for Plaintiffs
Max Wadman and Kelly Topping

DATED: November 23, 2015.        _____
                                  United States District Judge William Alsup