IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN and KELLY TOPPING,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC, NEW DISCOVERY, INC., et al.,<br><br>  Defendants.<br>_____/<br>AND RELATION ACTIONS.<br>_____/ | No. C 14-05035 WHA<br><br>**ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE** |

Defendants have indicated by letter of November 25, 2015, of a discovery dispute with plaintiffs which cannot be resolved. The Court, therefore, **SETS** a further three-hour meet-and-confer in its jury room to commence from **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON TUESDAY, DECEMBER 8, 2015**. At **11:00 A.M.**, the Court shall hear any remaining issue(s). Plaintiffs' response is due by noon on December 4.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: December 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE