LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, ESQ. (SBN 43053)
CELIA MCGUINNESS, ESQ. (SBN 159420)
CATHERINE CABALO, ESQ. (SBN 248198)
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    (510) 832-5001
Facsimile:     (510) 832-4787
reinlawoffice@aol.com

THE DERBY LAW FIRM P.C.
STEVEN L. DERBY, ESQ. (SBN 148372)
1255 Treat Blvd. Suite 300
Walnut Creek, CA 94597
Telephone:    (925) 472-6640
Facsimile:     (925) 933-3964
derby@derbydisabilitylaw.com

Attorneys for Plaintiffs KELLY TOPPING and MAX WADMAN

\* Counter-Defendant's and Defendants' counsel listed after the caption.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN and KELLY TOPPING,<br><br>                                Plaintiffs,<br><br>v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC; NEW DISCOVERY, INC.; DISCOVERY BAY MARINA PROPERTIES, a California General Partnership; KEN HOFMANN; WALTER L. YOUNG; RONALD DAWSON; WALTER L. YOUNG and MARY C. YOUNG, TRUSTEES OF THE YOUNG REVOCABLE TRUST DATED FEBRUARY 11, 1999; AND DOES 1-100, inclusive,<br><br>                                Defendants. | Case No. C14-5035 WHA<br><br>STIPULATION AND REQUEST FOR ORDER SETTING DATE AND TIME FOR FRCP RULE 34 INSPECTION OF PLAINTIFF MAX WADMAN'S CHAIR; AND [PROPOSED] ORDER THEREON |

COX, WOOTTON,
LERNER, GRIFFIN
HANSEN, LLP

900 FRONT STREET,
SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

DBYH.Topping

COX WOOTTON LERNER GRIFFIN & HANSEN LLP
RUPERT P. HANSEN (SBN 082302)
CHRISTOPHER S. KIELIGER (SBN 209121)
JULIETTE B. McCULLOUGH (SBN 278929)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone:   (415) 438-4600
Facsimile:    (415) 438-4601
rhansen@cwlfirm.com
ckieliger@cwlfirm.com
jmccullough@cwlfirm.com

Attorneys for Defendant/Counterclaimant
DISCOVERY BAY YACHT HARBOR, LLC,
and Defendant KEN HOFMANN, individually

COMES NOW Plaintiff/Counterdefendant KELLY TOPPING and Plaintiff MAX WADMAN (collectively "Plaintiffs"), and Defendant/Counterclaimant DISCOVERY BAY YACHT HARBOR, LLC ("Defendant DBYH"), and stipulate as follows:

1. On October 2, 2015, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant DBYH served on Plaintiffs a Request to Inspect "All wheel and pushchairs plaintiff Max Wadman has in his possession, custody or control for his use, including the pushchair he allegedly rolled off the dock in at the time of the incident giving rise to this lawsuit". This Notice to Inspect designated the Inspection for November 3, 2015, at 9:00 am at the offices of Defendant DBYH's counsel of record's office ("Defendant's Counsel's Office").

2. Plaintiffs initially objected to this inspection, but subsequently withdrew their objection and agreed to produce the pushchair Plaintiff MAX WADMAN allegedly rolled off the dock in at the time of the incident giving rise to this lawsuit (the "Pushchair") at Defendant's Counsel's Office from 9:00 am to 2:00 pm, on November 10, 2015.

3. Defendant's Counsel agreed to and did pay for the cost for a courier to deliver the Pushchair to and from Defendant's Counsel's Office.

4. On November 10, 2015, Plaintiffs produced the Pushchair at Defendant DBYH's Counsel's Office but it was incomplete, in that it was missing its removable footrests.

5. On November 10, 2015, Defendants' counsel notified Plaintiffs' counsel of the

2

Case No. C14-5035 WHA
STIPULATION AND REQUST FOR ORDER SETTING DATE AND TIME FOR DEFENDANTS' INSPECTION OF PLAINTIFF MAX WADMAN'S CHAIR, AND [PROPOSED] ORDER THEREON

incomplete nature of the Pushchair.

6. Plaintiffs subsequently agreed to produce the complete Pushchair on November 17, 2015, from 11:00 am to 2:00 pm, at Defendant DBYH's counsel's office.

7. On November 17, 2015, Defendants were notified by the delivery service that they had gone to Plaintiff Wadman's home to collect the Pushchair and Mr. Wadman said the complete Pushchair was not available.

8. Defendant DBYH incurred the cost of the delivery service to call at Mr. Wadman's house, along with the cost of its consultant.

9. Plaintiffs and Defendant DBYH herby stipulate and request that this Court Order that Plaintiffs' cause the complete Pushchair to be delivered at Plaintiff's expense to Defendant's Counsel's Office from 9 am to 2 pm on December 17, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 8, 2015

LAW OFFICES OF PAUL L. REIN
Attorneys for Plaintiff/Counterdefendant
KELLY TOPPING and Plaintiff MAX
WADMAN

By: _____
Celia McGuinness

Dated: December 8, 2015

THE DERBY LAW FIRM P.C.
Attorneys for Plaintiff/Counterdefendant
KELLY TOPPING and Plaintiff MAX
WADMAN

By: _____
Steven L. Derby

Dated: December 8, 2015

COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Attorneys for Defendant/Counterclaimant
DISCOVERY BAY YACHT HARBOR LLC, and
Defendant KEN HOFMANN

By: _____
Rupert P. Hansen

3

Pursuant to Local Civil Rule 5.1, this ECF filer hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 9, 2015.     _____
United States District Judge William Alsup

4

Case No. C14-5035 WHA
STIPULATION AND REQUST FOR ORDER SETTING DATE AND TIME FOR DEFENDANTS' INSPECTION OF PLAINTIFF MAX WADMAN'S CHAIR, AND [PROPOSED] ORDER THEREON