IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN AND KELLY TOPPING, | No. C 14-05035 WHA |
| Plaintiffs, | |
| v. | **NOTICE TO PARTIES RE COURT REQUEST TO AGENCIES** |
| DISCOVERY BAY YACHT HARBOR, LLC ET AL, | |
| Defendants. | |

The parties have filed a proposed request that they would like sent to the Department of Veterans Affairs and the U.S. Army in order to expedite the production of plaintiff Max Wadman's records. Appended to the instant notice are requests from the undersigned that the parties shall please forward on to the respective agencies.

In their stipulated submission, the parties also included a proposed subpoena for the Court to issue to the agencies, commanding the production of Wadman's records. At the most recent hearing, there was no mention of any subpoena and the Court did not agree to do anything more than issue a request to the respective agencies along the lines of that appended. It is up to counsel to issue and serve any subpoena if they wish to do so.

Dated: December 14, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN AND KELLY TOPPING, | No. C 14-05035 WHA |
| Plaintiffs, | |
| v. | **REQUEST TO THE U.S. ARMY HUMAN RESOURCES COMMAND** |
| DISCOVERY BAY YACHT HARBOR, LLC ET AL, | |
| Defendants. / | |

    This is a request from the United States District Court in San Francisco. The judge in the above titled case requests the courtesy of the U.S. Army Human Resources Command in expediting, if possible, the records request pending for the service records of Max Wadman. Counsel have stated that on November 25, 2015, they requested Wadman's army personnel records including his DD-214 issued in 2008 and "all documents in the Official Military Personnel File." It would be greatly appreciated if these records could be produced to counsel as soon as reasonably possible.

Dated: December 14, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN AND KELLY TOPPING,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC ET AL,<br><br>Defendants. / | No. C 14-05035 WHA<br><br>**REQUEST TO THE DEPARTMENT OF VETERANS AFFAIRS** |

    This is a request from the United States District Court in San Francisco. The judge in the above titled case requests the courtesy of the Department of Veterans Affairs in expediting, if possible, the records request pending for the service records of Max Wadman. Counsel have stated that on December 9, 2015, they requested "all records and files, correspondence, medical records, evaluations, evidence, and all determinations by the Veteran's Administration regarding Max Wadman's disability claims." It would be greatly appreciated if these records could be produced to counsel as soon as reasonably possible.

Dated: December 14, 2015.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE