United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN AND KELLY TOPPING, | No. C 14-05035 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| DISCOVERY BAY YACHT HARBOR, LLC ET AL, | |
| Defendants. | |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: December 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE