IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX WADMAN and KELLY TOPPING,

    Plaintiffs,

v.

DISCOVERY BAY YACHT HARBOR, LLC, NEW DISCOVERY, INC., et al.,

    Defendants.

AND RELATION ACTIONS.

No. C 14-05035 WHA

**ORDER SETTING HEARING CONCERNING DEFENDANTS' DISCOVERY DISPUTE**

    Defendants again have advised they have a discovery this month. The Court **SETS** a five-hour meet-and-confer in the Court's jury room starting from **8:00 A.M. AND CONTINUING TO 1:00 P.M. ON MONDAY, JANUARY 4, 2016**. At 1:00 p.m., the Court shall hear any remaining discovery issue(s) in Courtroom 8. Plaintiffs' response is due by 5:00 p.m. on December 31.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: December 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE