IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX WADMAN and KELLY TOPPING,

    Plaintiffs,

  v.

DISCOVERY BAY YACHT HARBOR, LLC, NEW DISCOVERY, INC., et al.,

    Defendants.

AND RELATION ACTIONS.

No. C 14-05035 WHA

**ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE**

    Defendants have filed a discovery dispute letter dated February 3, 2016, setting forth several issues that the parties have been unable to resolve. The Court, therefore, **SETS** a 3.5-hour meet-and-confer in its jury room to commence from **7:30 A.M. AND CONTINUING TO 11:00 A.M. ON WEDNESDAY, FEBRUARY 10, 2016**. At **11:00 A.M.**, the Court shall hear any remaining issue(s). Plaintiffs' may respond by **NOON ON FEBRUARY 9**. The parties are also requested to bring to Court the materials obtained from the Department of Defense regarding plaintiff Max Wadman's military service.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: February 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE