# United States District Court

Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

Chambers of
William Alsup
United States District Judge



February 10, 2016

By Fax No. 415-750-2255

Ms. Joyce Lewis-Barrett
Senior Staff Attorney
Office of the VA Regional Counsel
Department of Veterans Affairs
4150 Clement Street, Bldg. 210
San Francisco, CA  94121

Dear Ms. Lewis-Barrett:

    The Court needs your assistance in connection with the formal request which you will receive simultaneously with this letter.

Sincerely,

William Alsup
United States District Judge
Northern District of California

Enclosure

cc:    Sara Winslow
       Deputy Chief, Civil Division
       United States Attorney's Office
       Northern District of California

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN and KELLY TOPPING, | |
|     Plaintiffs, | No. C 14-05035 WHA |
|   v. | |
| DISCOVERY BAY YACHT HARBOR, LLC, NEW DISCOVERY, INC., et al., | **NOTICE TO SENIOR STAFF ATTORNEY JOYCE LEWIS-BARRETT** |
|     Defendants. / | |

      The United States District Court for the Northern District of California requests your immediate attention to authorizing the following personnel to give deposition and trial testimony in the above captioned case: (1) Laura Gomez, LCSW; (2) Peter Lee, M.D.; (3) Andrew Sweatt, M.D. The trial date in our case is April 11, 2016, and depositions should be completed by the end of February.

      For your information, you have already received communications from lawyers in this case, specifically plaintiffs' Attorney Steve Derby and defense Attorney Rupert Hansen. The reason I am writing is to underscore the urgency in obtaining clearance under 38 CFR 14.808. Your very prompt attention will be appreciated.

The Court further requests that Attorney Joyce Lewis-Barrett appear in Courtroom 8, on the 19th floor of the United States District Court (located at 450 Golden Gate Ave in San Francisco) at **ELEVEN A.M. ON FEBRUARY 17, 2016**, to explain the status of the clearance decision for the above listed personnel.

Cc: Sara Winslow, Deputy Chief, Civil Division, United States Attorney's Office for the Northern District of California

Dated: February 10, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2