IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX WADMAN and KELLY TOPPING,

    Plaintiffs,

v.

DISCOVERY BAY YACHT HARBOR, LLC, NEW DISCOVERY, INC., et al.,

    Defendants.

No. C 14-05035 WHA

**REFERRAL TO MAGISTRATE JUDGE LIZ LAPORTE FOR SETTLEMENT**

This case is hereby **REFERRED TO MAGISTRATE JUDGE ELIZABETH LAPORTE** for a settlement conference to take place in early March.

**IT IS SO ORDERED.**

Dated: February 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE