IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX WADMAN and KELLY TOPPING,

    Plaintiffs,

  v.

DISCOVERY BAY YACHT HARBOR, LLC,
NEW DISCOVERY, INC., et al.,

    Defendants.

No. C 14-05035 WHA

**ORDER RE TESTIMONY OF VETERANS AFFAIRS PERSONNEL**

For the reasons stated at today's hearing, and at the request of the United States, the following Veterans Affairs personnel shall be made available for deposition and trial testimony: (1) Laura Gomez, LCSW; (2) Peter Lee, M.D.; and (3) Andrew Sweatt, M.D. Defense counsel are permitted to depose each witness for a maximum of three hours. Their testimony shall be limited to fact testimony only — no questions that would elicit expert testimony will be allowed. This order does not dispense with the need for subpoenas. The Court requests that Assistant United States Attorney Sara Winslow work with counsel to help resolve any subpoena issues.

**IT IS SO ORDERED.**

Dated: February 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE