# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05035-WHA   (EDL)<br><br>**ORDER GRANTING REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

By letter dated March 1, 2016, Defendants Discovery Bay Yacht Harbor and Kenneth Hofmann request that Defendant Hofmann be excused from appearing at the settlement conference scheduled for March 10, 2016.  Plaintiffs have no objection to this request.  Upon consideration of the request, the Court finds good cause for excusing Defendant Hofmann from attendance.  Mr. Hoffman's daughter Lisa Hoffman has the full power of authority to bind Mr. Hoffman to any settlement reached and will appear on his behalf at the settlement conference.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge