IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX WADMAN and KELLY TOPPING,

    Plaintiffs,

v.

DISCOVERY BAY YACHT HARBOR, LLC, NEW DISCOVERY, INC., et al.,

    Defendants.

No. C 14-05035 WHA

**ORDER RE SETTLEMENT AND CONDITIONAL DISMISSAL**

The undersigned judge has been informed by Magistrate Judge Liz Laporte that the parties have settled and wish to conditionally dismiss the case, the condition being defendants' payment of the settlement amount in thirty days. By **NOON ON MARCH 18, 2016**, the parties shall submit their proposed conditional dismissal, which will vacate the upcoming summary judgment hearing and April 11 trial date.

**IT IS SO ORDERED.**

Dated: March 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE