1  **LAW OFFICES OF PAUL L. REIN**
   PAUL L. REIN, ESQ. (SBN 43053)
2  CELIA MCGUINNESS, ESQ. (SBN 159420)

3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:   (510) 832-5001
   Facsimile:    (510) 832-4787
5  reinlawoffice@aol.com

6  **THE DERBY LAW FIRM P.C.**
   STEVEN L. DERBY, ESQ. (SBN 148372)
7  1255 Treat Blvd. Suite 300
   Walnut Creek, CA  94597
8  Telephone:   (925) 472-6640
   Facsimile:    (925) 933-3964
9  derby@derbydisabilitylaw.com

10 Attorneys for Plaintiffs KELLY TOPPING and MAX WADMAN

11 *Counter-Defendant's and Defendants' counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WADMAN and KELLY TOPPING,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISCOVERY BAY YACHT HARBOR, LLC and KEN HOFMANN,<br><br>　　　　　Defendants. | Case No. C14-5035 WHA<br><br>JOINT REQUEST FOR ORDER OF CONDITIONAL DISMISSAL; AND [PROPOSED] ORDER THEREON |
| DISCOVERY BAY YACHT HARBOR, LLC,<br>　　　　　Counter-Claimant,<br>v.<br>KELLY TOPPING,<br>　　　　　Counter-Defendant. | |

COX, WOOTTON, LERNER, GRIFFIN HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

DBYH.Topping

[PROPOSED] ORDER FOR CONDITIONAL DISMISSAL

Case No. C14-5035 WHA

**STRATMAN, PATTERSON & HUNTER**
ROBERT M. MALTZ, ESQ. (SBN 143078)
505 14th Street, Suite 400
Oakland, CA 94612-1913
Phone: (510) 457-3440
Fax: (510) 238-8968

Attorneys for Counter-Defendant KELLY TOPPING

C**OX WOOTTON LERNER GRIFFIN & HANSEN LL**P
RUPERT P. HANSEN (SBN 082302)
CHRISTOPHER S. KIELIGER (SBN 209121)
JULIETTE B. McCULLOUGH (SBN 278929)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone:     (415) 438-4600
Facsimile:     (415) 438-4601
rhansen@cwlfirm.com
ckieliger@cwlfirm.com
jmccullough@cwlfirm.com

Attorneys for Defendant/Counterclaimant
DISCOVERY BAY YACHT HARBOR, LLC,
and Defendant KEN HOFMANN, individually

## JOINT REQUEST FOR CONDITIONAL DISMISSAL OF CASE; AND

## [PROPOSED] ORDER THEREON

COMES NOW Plaintiff/Counter-Defendant Kelly Topping, Plaintiff Max Wadman, Defendant/Counter-Claimant Discovery Bay Yacht Harbor, LLC, and Defendant Kenneth Hofmann, being all of the parties to the above captioned litigation, appearing by and through their respective counsel of record, and hereby confirm that this matter and all the claims made herein or which could have been made herein have been settled between the parties, that the Settlement was placed on the record before Magistrate Judge Elizabeth Laporte on Friday, March 11, 2016, and that all that remains to complete the settlement is for the defendants to pay the settlement amounts agreed on the record in three separate checks made payable respectively to "Kelly Topping", "Max Wadman, and "The Law Offices of Paul L. Rein" on or before April 11, 2016.  The parties jointly request that unless any party notifies the Court by 5:00 PM, April 18, 2016 that such settlement consideration has

2

[PROPOSED] ORDER FOR CONDITIONAL DISMISSAL

Case No. C14-5035 WHA

not been so paid as agreed or settlement checks have not cleared, that the Court dismiss this case in its entirely, with prejudice, with each party to bear their own fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  March 18, 2016                     LAW OFFICES OF PAUL L. REIN
                                           Attorneys for Plaintiff/Counterdefendant
                                           KELLY TOPPING and Plaintiff MAX
                                           WADMAN

                                           By:  */s/ Celia McGuinness*
                                                Celia McGuinness


Dated: March 18, 2016                      STRATMAN, PATTERSON & HUNTER
                                           Attorneys for Counterdefendant
                                           KELLY TOPPING

                                           By:  */s/ Robert M. Maltz*
                                                Robert M. Maltz


Dated:  March 18, 2016                     COX, WOOTTON, LERNER,
                                           GRIFFIN & HANSEN, LLP
                                           Attorneys for Defendant/Counterclaimant
                                           DISCOVERY BAY YACHT HARBOR LLC, and
                                           Defendant KEN HOFMANN

                                           By:  */s/ Christopher S. Kiegler*
                                                Christopher S. Kiegler

Pursuant to Local Civil Rule 5.1, this ECF filer hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Pursuant to stipulation and for Good Cause appearing, IT IS HEREBY ORDERED:

That in light of the settlement of this matter that was placed on the record before Magistrate Judge Elizabeth Laporte on Friday, March 11, 2016, and based on the representation of all counsel of record that all that remains to complete the settlement is for the defendants to pay the settlement

amounts that were agreed on the record, by means of three separate checks made payable respectively to "Kelly Topping", "Max Wadman, and "The Law Offices of Paul L. Rein" on or before April 11, 2016:

1. The Court hereby conditionally dismisses this action, and unless any party notifies the Court by 5:00 PM, April 18, 2016 that the agreed upon settlement consideration has not been so paid as agreed, or settlement checks have not cleared, then this conditional dismissal shall become a final dismissal of this case in its entirely, with prejudice, and with each party to bear their own fees and costs;

2. The March 31, 2016 hearing for plaintiffs' motion for partial summary adjudication is hereby vacated;

3. The April 6, 2016 pre-trial conference in this matter is hereby vacated; and

4. The April 11, 2016 trial date in this matter is hereby vacated.

DATED:  March 21, 2016.                  _____
                                          United States District Judge William Alsup