IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX WADMAN and KELLY TOPPING,

    Plaintiffs,

  v.

DISCOVERY BAY YACHT HARBOR, LLC,
NEW DISCOVERY, INC., et al.,

    Defendants.

No. C 14-05035 WHA

**ORDER CLOSING CASE**

The parties in this action previously filed a conditional dismissal, the condition being defendants' payment of the settlement amount in thirty days. The stipulation further stated (Dkt. No. 133): "[U]nless any party notifies the Court by 5:00 PM, April 18, 2016 that the agreed upon settlement consideration has not been so paid as agreed, or settlement checks have not cleared, then this conditional dismissal shall become a final dismissal of this case in its entirely, with prejudice, and with each party to bear their own fees and costs."

April 18 has now passed and neither party has informed the Court of any issues with the settlement. Accordingly, the **CLERK SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 19, 2016.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE